**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES LONGBRAKE, | Case No.: 2:26-cv-01803-APG-NJK |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| FOREMOST INSURANCE COMPANY GRANDS RAPID MICHIGAN, | |
| Defendant | |

I ORDER that plaintiff James Longbrake's certificate of interested parties (ECF No. 6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify Longbrake's citizenship for diversity purposes as required by that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by July 2, 2026.

DATED this 18th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE